IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE BLEDSOE                                                                              PLAINTIFF

v.                              Civil No. 4:16-cv-04057

OFFICER BOBBIE McDOWEL, Southwest
Arkansas Community Correction Center;
And WARDEN STEPHEN ARNOLD                                                      DEFENDANTS

## ORDER

Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Compel. ECF No. 18. Defendants have filed a response to the Motion. ECF No. 19. Plaintiff entitled his Motion as a "Motion to Suppress All Evedience". ECF No. 18. After reviewing the Motion, the clerk's office docketed the pleading as a motion to compel in light of Plaintiff's allegations in his Complaint relating to excessive force and sexual assault. ECF No. 1.

Before seeking court intervention, the Federal Rules of Civil Procedure require Plaintiff to first confer or attempt to confer with the defendants to obtain the requested information. Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 7.2(g). Plaintiff should send a letter to defense counsel stating exactly what information he is seeking and try to resolve any issues before seeking a court ruling.

Accordingly, Plaintiff's Motion to Compel (ECF No. 18) is **DENIED.**

**IT IS SO ORDERED this 11th day of October 2016.**

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE