IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE BLEDSOE                                                                            PLAINTIFF

v.                        Civil No. 4:16-cv-04057

OFFICER BOBBIE McDOWEL, Southwest
Arkansas Community Correction Center;
And WARDEN STEPHEN ARNOLD                                                        DEFENDANTS

## ORDER

Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Quash. ECF No. 25. Plaintiff seeks to quash his previous "Motion to Suppress All Evedience" (ECF No. 18) because Plaintiff thought "suppression" meant to hold. After reviewing the Motion to Suppress (ECF No. 18), the clerk's office docketed the pleading as a motion to compel in light of Plaintiff's allegations in his Complaint relating to excessive force and sexual assault.

This Court denied Plaintiff's Motion to Compel (ECF No. 18) because Plaintiff had not first conferred or attempted to confer with the defendants to obtain the requested information. Accordingly, Plaintiff's Motion to Quash (ECF No. 25) is **DENIED** as moot.

**IT IS SO ORDERED this 9th day of November 2016.**

                                            /s/ Barry A. Bryant_____
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE