IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE BLEDSOE　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　Civil No. 4:16-cv-04057

OFFICER BOBBIE McDOWEL, Southwest
Arkansas Community Correction Center;
And WARDEN STEPHEN ARNOLD　　　　　　　　　　　　　DEFENDANTS

## ORDER

Plaintiff Billy Joe Bledsoe proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Supplement Response to Motion for Summary Judgment. ECF No. 37.

Plaintiff's Motion seeks to add a statement addressing issues raised in Defendants' Motion for Summary Judgment. *Pro se* pleadings are to be construed liberally. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). In addition, Defendants will not be prejudiced by allowing Plaintiff to supplement his Response.

Accordingly, Plaintiff's Motion to Supplement Response to Motion for Summary Judgment (ECF No. 37) is **GRANTED.** The Clerk is **DIRECTED** to file Plaintiff's Supplemental Response.

**DATED this 12th day of January 2017.**

　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant_____
　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE