IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE BLEDSOE                                                                                    PLAINTIFF

v.                                            Case No. 4:16-cv-4057

OFFICER BOBBIE MCDOWEL
and WARDEN STEPHEN ARNOLD                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 9, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 44). Defendants Bobbie McDowell and Stephen Arnold have filed objections. (ECF No. 46). The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court declines to adopt the Report and Recommendation. (ECF No. 44). Defendants' Motion for Summary Judgment on Exhaustion (ECF No. 30) is hereby **GRANTED**. Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge